# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | HSI |
| **City** New Bedford | **Related Case Information:** | | |
| **County** Bristol | Superseding Ind./ Inf. | Case No. | 21-MJ-7324-JCB |
| | Same Defendant | New Defendant | |
| | Magistrate Judge Case Number | | |
| | Search Warrant Case Number | 21-MJ-7245; 21-MJ-7246 | |
| | R 20/R 40 from District of | | |

## Defendant Information:

**Defendant Name** Robert David Austin  **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name**

**Address** (City & State) 1550 Morton Ave., New Bedford, MA

**Birth date (Yr only):** 1980  **SSN (last4#):** 1446  **Sex** M  **Race:** White  **Nationality:** USA

**Defense Counsel if known:** Theodore A. Barone  **Address** 130 Liberty Street, Unit 2B, Brockton, MA

**Bar Number**

## U.S. Attorney Information:

**AUSA** J. Mackenzie Duane  **Bar Number if applicable**

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect:

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/29/2021  **Signature of AUSA:** /s/ J.M.D.

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):     21-MJ-7324-JCB

**Name of Defendant**     Robert David Austin

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**